MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: CR 13-796 RS |
|     Plaintiff, ) | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
|     v. ) | |
| TAMERA LINK, ) CATHERINE WHITE, and ) ANDRENEESHA JOHNSON, ) | |
|     Defendants. ) | |

The parties request that the time between April 29, 2014 and June 17, 2014 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Defense counsel needs time to continue to review the evidence in the case. Excluding time until the next appearance on June 17, 2014 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: May 5. 2014                                             /s/
                                                                   BENJAMIN KINGSLEY
                                                                   Assistant United States Attorney

DATED: May 5. 2014                                             /s
                                                                 BRANDON LEBLANC
                                                                 Counsel for Defendant Tamera Link

1  DATED: May 5. 2014                                   /s/
                                                        REES MORGAN
2                                                       Counsel for Defendant Catherine White

3
   DATED: May 5. 2014                                   /s/
4                                                       GEORGE BOISSEAU
                                                        Counsel for Defendant Andreneesha Johnson
5

6                                    [~~PROPOSED~~] ORDER

7       The Court finds that the exclusion of the period from April 29, 2014 to June 17, 2014 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

       IT IS SO ORDERED.

DATED: 5/7/14                                           _____
                                                        HON. RICHARD SEEBORG
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXCLUDE TIME