STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Tamera Link

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TAMERA LINK,<br><br>　　　　　Defendant. | No. CR 13-00796 RS<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 23, 2014, TO OCTOBER 21, 2014; [PROPOSED] ORDER** |

　　　Defendant, Tamera Link, by and through her counsel of record, Assistant Federal Public Defender Brandon M. LeBlanc, respectfully requests that the Sentencing Hearing currently scheduled for September 23, 2014, at 2:30 p.m. before this Court be continued to **October 21, 2014, at 2:30 p.m.** The reasons for this request are to (1) afford defense counsel adequate time to prepare for sentencing and (2) accommodate Assistant U.S. Attorney Benjamin Kingsley's schedule as he is currently scheduled to be in trial on September 23, 2014.

　　　United States Probation Officer Trevor Lilian been contacted regarding this request and he has no objection to continuing the Sentencing Hearing or to the proposed new date.

//

//

//

Stip. to Cont. Sentencing; [Prop.] Order – *U.S. v. Link*,
CR 13-00796 RS

1

Respectfully submitted,

Dated: July 29, 2014

/s/
BRANDON M. LeBLANC
Assistant Federal Public Defender

IT IS SO STIPULATED.

Dated: July 29, 2014

/s/
BENJAMIN S. KINGSLEY
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Upon the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing presently scheduled for September 23, 2014, at 2:30 p.m., shall be continued to **October 21, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: 7/29/14

RICHARD SEEBORG
United States District Judge

Stip. to Cont. Sentencing; [Prop.] Order – *U.S. v. Link*,
CR 13-00796 RS

2