STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Tamera Link

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **TAMERA LINK**, <br><br> Defendant. | No. CR 13-00796 RS <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING FROM OCTOBER 21, 2014, TO DECEMBER 9, 2014; [PROPOSED] ORDER** |

Defendant, Tamera Link, by and through her counsel of record, Assistant Federal Public Defender Brandon M. LeBlanc, respectfully requests that the Sentencing Hearing currently scheduled for October 21, 2014, at 2:30 p.m. before this Court be continued to **December 9, 2014, at 2:30 p.m.** The bases for this request are (1) there are pending state court matters that need to be resolved prior to the sentencing in this case, and (2) the recent birth of Ms. Link's son.    Assistant United States Attorney Benjamin Kingsley has been contacted regarding this proposed continuance, and has no objection to the continuance or to the new proposed date.

United States Probation Officer Trevor Lilian has also been contacted regarding this request, and has no objection to the continuance or to the proposed new date.

//

//

Stip. to Cont. Sentencing; [Prop.] Order – *U.S. v. Link*, CR 13-00796 RS

1

Respectfully submitted,

Dated: October 9, 2014

/s/
BRANDON M. LeBLANC
Assistant Federal Public Defender

IT IS SO STIPULATED.

Dated: October 9, 2014

/s/
BENJAMIN S. KINGSLEY
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Upon the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing Hearing presently scheduled for October 21, 2014, at 2:30 p.m., shall be continued to **December 9, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: 10/9/14

RICHARD SEEBORG
United States District Judge