1   STEVEN G. KALAR
    Federal Public Defender
2   BRANDON M. LeBLANC
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700
    Facsimile: (415) 436-7706
5   Email: brandon_leblanc@fd.org

6   Counsel for Defendant Tamera Link

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  **UNITED STATES OF AMERICA**,               No. CR 13-00796 RS

12                        Plaintiff,

13  v.                                           **STIPULATION TO CONTINUE
                                                 SENTENCING HEARING FROM
                                                 DECEMBER 9, 2014, TO DECEMBER
14  **TAMERA LINK**,                             16, 2014; [~~PROPOSED~~] ORDER**

15                        Defendant.

16

17

18          Defendant, Tamera Link, by and through her counsel of record, Assistant Federal Public

19  Defender Brandon M. LeBlanc, respectfully requests that the Sentencing Hearing currently

20  scheduled for December 9, 2014, at 2:30 p.m. before this Court be continued one week until

21  **December 16, 2014, at 2:30 p.m.**  The parties' sentencing papers have been timely filed and the

22  requested continuance is not due to unnecessary delay, but rather Ms. Link is in the process of

23  transitioning her family into public housing and the requested continuance would enable Ms.

24  Link to complete the transition prior to receiving her sentence.

25          Assistant United States Attorney Benjamin Kingsley has been contacted regarding this

26  proposed continuance, and has no objection to the continuance or to the new proposed date.

27  //

28  //

1    United States Probation Officer Trevor Lilian has also been contacted regarding this

2  request, and has no objection to the continuance or to the proposed new date.

3                                    Respectfully submitted,

4

5  Dated: December 4, 2014                    /s/
                                        _____
6                                      BRANDON M. LeBLANC
                                       Assistant Federal Public Defender

7
        IT IS SO STIPULATED.
8

9
   Dated: December 4, 2014                   /s/
                                        _____
10                                     BENJAMIN S. KINGSLEY
                                       Assistant United States Attorney
11

12

13
                            [PROPOSED] ORDER
14
        Upon the stipulation of the parties, IT IS HEREBY ORDERED that the Sentencing
15
   Hearing presently scheduled for December 9, 2014, at 2:30 p.m., shall be continued to
16
   **December 16, 2014, at 2:30 p.m.**
17
        IT IS SO ORDERED.
18

19
   Dated: _12/4/14_____                _____
20                                     RICHARD SEEBORG
                                       United States District Judge
21

22

23

24

25

26

27

28